# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY HAWKINS,<br><br>        Petitioner,<br><br>  v.<br><br>TERRI GONZALEZ, Warden,<br><br>        Respondent. | Case No. CV 10-0136 GHK (JCG)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections to the Report and Recommendation.[1] Having made a *de novo* determination of the portions of the Report and Recommendation to which the Objections were directed, the Court concurs with and adopts the findings and

---

[1] In his Objections, Petitioner states, "to date Petitioner has never received 'any' answer to the petition." (Objs. at 2.) However, the Certificate of Service attached to Respondent's Answer indicates that Petitioner was mailed a copy of the Answer on April 13, 2010. In any event, Petitioner fails to present any new argument in response to Respondent's Answer that was not previously presented in his Petition. (*Compare* Objs. at 1-3 *with* Pet. at 1-16.)

conclusions of the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing the action with prejudice.
2. The Clerk shall serve copies of this Order and the Judgment herein on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of appealability.

DATED: 2/9/11

_____
HON. GEORGE H. KING
UNITED STATES DISTRICT JUDGE